UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  12-8-20
```

JAMES RUOCCHIO, *et al*.,

                              Plaintiffs,

                    v.

PEOPLE'S REPUBLIC OF CHINA, *et al.*,

                              Defendants.

20-CV-7053 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        Plaintiffs filed this action on August 31, 2020.  Dkt. 1.  Summonses were issued five days later,

on September 4, 2020.  Dkt. 7.  To date, no proof of service has been filed on the docket.  No later than

December 15, 2020, Plaintiffs shall submit a status letter notifying the Court of the status of its efforts

to serve process on Defendants.

SO ORDERED.

Dated:    December 8, 2020
          New York, New York

                              RONNIE ABRAMS
                              United States District Judge