UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES RUOCCHIO, *et al.*,

                Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA, *et al.*,

                Defendants.

| USDC-SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: |

20-CV-7053 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On January 29, 2021, this Court extended Plaintiffs' time to serve Defendants until April 1, 2021. Dkt. 13. To date, however, Plaintiffs have filed no proof of service on the docket. No later than April 30, 2021, Plaintiffs shall submit a status letter notifying the Court of the status of their efforts to serve process on Defendants. Failure to comply with this order may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 22, 2021
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge